**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary L. Reay,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>State of Arizona,<br><br>　　　　　Defendant. | No. CV17-8196 PCT DGC<br><br>**ORDER** |

　　　　The Rule 16 Case Management Conference scheduled for February 15, 2018 at 4:30 PM is **vacated**. The Court will enter an order separate from this order regarding this case.

　　　　Dated this 15th day of February, 2018.

```
                                    _____
                                         David G. Campbell
                                      United States District Judge
```